IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.: 17-cv-00412-RM-KLM

TERRELL FREDERICK,

    Plaintiff,

v.

ERIC HOROWITZ TRUSTEE,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THIS MATTER comes before the Court on the parties' Stipulation to Dismiss Case with Prejudice (ECF No. 35). The Court has reviewed the file and considered the Stipulation. The Court, being fully advised, FINDS AND ORDERS AS FOLLOWS:

    IT IS ORDERED that the parties' Stipulation to Dismiss Case with Prejudice is GRANTED, with all parties to bear their own costs and attorneys' fees.

    Dated this 7th day of November, 2017.

    BY THE COURT:

    _____
    RAYMOND P. MOORE
    United States District Judge